JS - 6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CARLOS ISAAC BARRIENTOS, | Case No. CV 08-03580-MLG |
| Petitioner, | JUDGMENT |
| v. | |
| JOSEPH NORWOOD, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: September 5, 2008

_____
Marc L. Goldman
United States Magistrate Judge